STEVEN JAMES GOMEZ JR
901 RICE STREET JAIL
FULTON COUNTY
ATLANTA, GEORGIA 30318
B/C# 2100701
JIN 975976
3 SOUTH ZONE 100
Cell 304

John Joseph Moakley
UNITED STATES COURTHOUSE
#1 COURTHOUSE WAY, Suite 2300
BOSTON, MA 02210

ATLANTA METRO 301
25 JAN 2022 PM 6 L

USPS SCREENED

02210-$02599